ALKEK & WILLIAMS LTD. and  §
ALBERT AND MARGARET  §
ALKEK FOUNDATION,  §
  §
*Plaintiffs,*  §
  §
vs.  §
  §
TUCKERBROOK ALTERNATIVE  § Case Number 3:09-mc-00345-SRU
INVESTMENTS, LP,  §
TUCKERBROOK/SB GLOBAL  §
SPECIAL SITUATIONS GP, LLC,  §
and TUCKERBROOK/SB GLOBAL  §
SPECIAL SITUATIONS FUND, L.P.  §
  §
*Defendants.*  §



2010 JAN 19 P 3:10 FILED

## AFFIDAVIT

1. My name is Sumanta Banerjee. I am over the age of 21, have never been convicted of a felony or crime of moral turpitude, and I am otherwise competent to write this affidavit. The facts contained herein are true and correct and are within my personal knowledge.

2. I have had treatment for mild hypertension for over 10 years. I was under the care of a physician in the United States and under his supervision my blood pressure had been under control.

3. I had a persistent low-grade fever for over 10 days and went to see a physician to ascertain the cause on December 7, 2009.

4. After the routine check of vital statistics the doctor found that my blood pressure was at dangerous levels, 180/120 with a pulse 108 despite me taking medications. The doctor gave me medications for the fever and new medications for the high



15 JAN 2010

blood pressure and scheduled a follow-up appointment on December 13, to re-check the fever and blood pressure.

5. The fever persisted and the blood pressure was unaffected by the new medications. The doctor then admitted me into the hospital as he required me to be under constant supervision so that he could complete his investigations and determine the cause of the fever and lower and stabilize the blood pressure. Please see attached exhibit D, admittance record.

6. I informed the doctor of my plans to go to the US on December 15, 2009. He would not allow this travel as he felt that I would be jeopardizing my life. I have a family history of heart problems and the doctor would require time to properly examine and run tests on me. Please see page 3 and 4 of exhibit A.

7. After a stay of six days, five nights, I was released after a number of tests were done. The fever was due to an upper respiratory tract infection which was treated with antibiotics. The blood pressure had come down to 150/100 but was still fluctuating. The doctor wanted to do one final test, the treadmill test (TMT). But this test can not be conducted until and unless the blood pressure has come down and stabilized to normal levels of 130/80 at least.

8. The doctor's instructions were to get my blood pressure checked twice daily to monitor the progress and efficiency of the new medications. I am to report to him every week for monitoring of his blood pressure. Additionally, he will not clear any long distance travel. Please see attached exhibit B.

9. In addition to Dr. Biswas, I am under the care of a cardiologist as well. My blood pressure still continues to fluctuate and has not yet come down to normal levels.



BIMAL KUMAR BANERJEE
NOTARY
CMM'S Court Compound
2 Banksball Street
Kolkata-700001

15 JAN 2010

Please see attached, exhibit C. Due to the still fluctuating blood pressure, the doctor continues to bar me from traveling long distances.

10. It has now been over a month (December 7th, 2009) that I have been diagnosed with high blood pressure that is yet to be controlled by medication.

11. In India, doctors tend to hand write their certificates instead of having them typed.

12. I have included all three certificates of my doctor, Dr. Biswas, as exhibits A, B and C.

13. I *will travel* long distances, once my doctors have cleared my travel. Additionally, I will notify the lawyers of both the Plaintiff and the Defendants about any travel plans to Europe or the United States.

14. I *will notify* the court on or before the 29th of January 2010, if I am not able to appear at the appointed time. I will travel as soon as I am cleared by my doctors.

BIMAL KUMAR BANERJEE
NOTARY
MMS Court Compound
2 Bankshall Street
Kolkata - 700001

15 JAN 2010

I, Sumanta Banerjee, declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 15th day of January, 2010.

_Sumanta Ban— 1/15/10_
SUMANTA BANERJEE
86C, Topsia Road
Kolkata - 46



ATTESTED SIGNATURE ONLY
BY ME ON IDENTIFICATION
( B. K. BANERJEA )
NOTARY
15/01/2010
15 JAN 2010

**BIMAL KUMAR BANERJEE**
NOTARY
CMM'S Court Compound
2. Bankshall Street
Kolkata-700001

423516                                 4