January 26, 2010

The Honorable Stefan R. Underhill
Unites States District Judge
Brien McMahan Federal Building
United States Courthouse
915 Lafayette Boulevard-Suite 411
Bridgeport, CT 06604



FILED

2010 JAN 27 A 8:54

US DISTRICT COURT

Re: Alkek & Williams Ltd et al v. Tuckerbrook Alternative Investments LP et al:
Case Number 3:09-mc-00345 –SRU

Dear Judge Underhill,

I have attached to this letter a certificate from my doctor who has yet to clear me for long-distance travel due to my current medical condition. I will update the court and Your Honor in two weeks or sooner if there are any changes to the current condition.

Sincerely,
Sumanta Banerjee

**Sumanta Banerjee**
Digitally signed by Sumanta Banerjee
DN: cn=Sumanta Banerjee, c=US,
email=sbaner@gmail.com
Date: 2010.01.27 00:37:27 +05'30'

25th January 2010

**DR. PROSANTO K. BISWAS**
M.B.B.S., F.R.C.P., D.P.H.

Residence & Chamber:
3B, ASHU BISWAS ROAD
KOLKATA - 700 025
Phone : 2475-7695
Mobile : 99035 92585

To whom it may concern

This is to certify that I have examined Mr Sumanta Banerjee today and my advice is as follows:

1. His Blood Pressure is fluctuating and has not stabilised at the normal level.

2. He has recently had an episode of fainting for which a 24 hrs. Holter Monitoring Test is recommended.

3. As his Blood Pressure has not stabilised, we have not been able to conduct a Tread.mill Test (T.M.T.)

4. On the basis of his current medical condition he has been advised to avoid long-distance travel.

Prosanto Kumar Biswas

Regd no: 25599